158 A.3d 79

Ann FELDMAN and Kim Manufacturing Company, Stewart Hall, L.P., Intervenors

v.

The BOARD OF SUPERVISORS OF EAST CALN TOWNSHIP, Progressive Housing Ventures, LLC, J. Loew and Associates, Inc., and Borough Council of the Borough of Downingtown

Petition of: Ann Feldman

No. 307 MAL 2016

Supreme Court of Pennsylvania.

September 27, 2016

664

## ORDER

PER CURIAM

**AND NOW**, this 27th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.